JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOP GUY INT'L TRADING, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-02907-R-JPR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Hon. Manuel L. Real** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED: December 6, 2017

By: _____
    Hon. Manuel L. Real
    **United States District Judge**